CR 22-145 JRT/JFD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 26 U.S.C. § 7206(2) |
| v. | |
| MARVIN WASHINGTON, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES:

### INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. Defendant MARVIN WASHINGTON—who spent a decade working as a tax preparer for national tax preparation companies—operated a side business in which he prepared income tax returns for others out of his home in Saint Paul, Minnesota.

2. WASHINGTON regularly prepared and filed tax returns on behalf of his clients that included knowingly false and fraudulent income to qualify for inflated tax refunds to which his clients were not entitled to receive. Specifically, WASHINGTON regularly prepared and filed income tax returns falsely claiming that his clients had generated Schedule C business income. In reality, WASHINGTON knew that this claimed income was fraudulent, and that his clients had not earned the reported income. In doing so, WASHINGTON knowingly generated inflated tax refunds for his clients that he knew those clients were not entitled to receive.



SCANNED
JUL 13 2022
U.S. DISTRICT COURT MPLS

United States v. Marvin Washington

3.      Despite charging his clients a tax-preparation fee, WASHINGTON reported this false Schedule C business income to generate inflated tax returns without his clients' knowledge or permission. WASHINGTON did so to generate business and additional income for himself. To avoid detection and conceal his fraud, WASHINGTON regularly failed to sign the returns as paid tax preparer and instead filed the returns as if self-prepared by his clients. In addition, WASHINGTON regularly failed—even upon request—to provide his clients with a copy of their filed tax return.

## COUNTS 1-4
(Aiding and Assisting in the Preparation of False Tax Return)

4.      Paragraphs 1-3 are incorporated as if fully restated.

5.      On or about the dates set forth below, in the State and District of Minnesota, the defendant,

**MARVIN WASHINGTON**,

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of U.S. Individual Income Tax Return Forms 1040 for the taxpayers and calendar years specified below. The returns were false and fraudulent as to material matters, in that they represented that the taxpayers had generated Schedule C income; however, as WASHINGTON well knew, the taxpayers had not earned the indicated Schedule C income and, therefore, were not entitled to the tax refund amounts claimed below:

United States v. Marvin Washington

| COUNT | DATE OF OFFENSE (ON OR ABOUT) | TAXPAYER | TAX YEAR | FALSE INCOME CLAIMED | AMOUNT OF FRAUDULENT REFUND |
|---|---|---|---|---|---|
| 1 | 2/2/2017 | E.W. | 2016 | Business Income (Schedule C Line 31) - $14,111 | $4,431 |
| 2 | 2/3/2018 | E.W. | 2017 | Business Income (Schedule C Line 31) - $10,890 | $4,418 |
| 3 | 2/12/2019 | E.W. | 2018 | Business Income (Schedule C Line 31) - $11,993 | $4,463 |
| 4 | 4/8/2019 | I.L. | 2018 | Business Income (Schedule C Line 31) - $12,216 | $3,503 |

all in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                FOREPERSON

3