_____

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE OF APPEARANCE OF CO-COUNSEL |
| Plaintiff, | |
| v. | |
| MARVIN WASHINGTON, | Criminal No. 22-145 (JRT/JFD) |
| Defendant, | |

_____

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Douglas L. Micko shall appear as appointed *co-counsel* of record for the above-named defendant in this case.

| | |
|---|---|
| Dated:  August 3, 2022 | *s/ Douglas L. Micko*<br>DOUGLAS L. MICKO<br>Attorney ID No. 299364<br>Attorney for Defendant<br>Office of the Federal Defender<br>107 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 |